```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

EBSCO INDUSTRIES, INC. and PLASTIC
RESEARCH AND DEVELOPMENT
CORPORATION                                              PLAINTIFF

        v.                      No. 05-2062

BOB MICHAELS OUTDOOR SPORTS,
INC., an Arkansas Corporation, and
MICHAEL R. CORDELL, individually                         DEFENDANTS

## **ORDER**

Now on this 28th day of September 2005, comes on for consideration the Magistrate Judge's Report and Recommendation filed herein on September 7, 2005 by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 37.) Defendants have filed written objections to the report and recommendation. (Doc. 38.)

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety.

Accordingly, the Court finds that a preliminary injunction should be and hereby is entered in favor of EBSCO Industries, Inc. and Plastic Research and Development Corporation. Bob Michaels Outdoor Sports, Inc. and Michael R. Cordell are hereby enjoined, during the pendency of this action, from further uses of the names "Cordell," "Cotton

Cordell," "Big O," or "Fred Young" in manufacturing, advertising or distributing lures or in creating or using internet sites.

IT IS SO ORDERED this 28th day of September, 2005.

/S/ Robert T. Dawson
Robert T. Dawson
United States District Judge