IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| EBSCO INDUSTRIES, INC. and PLASTIC RESEARCH AND DEVELOPMENT CORPORATION,<br>Plaintiffs,<br><br>v.<br><br>BOB MICHAELS OUTDOOR SPORTS, INC., an Arkansas Corporation, and MICHAEL R. CORDELL, individually,<br>Defendants. | CIVIL ACTION NO.<br>05-2062 |

## ORDER DIRECTING ENTRY OF JUDGMENT BY CONSENT

This cause coming by joint motion of the parties requesting entry of Judgment by Consent, the Court hereby Orders entry of Judgment as follows:

The Court hereby finds the name Fred C. Young to have been commercially associated solely with the "Big O" Lures manufactured and distributed by Plaintiff Plastic Research and Development Corporation (PRADCO), a wholly owned subsidiary of Plaintiff, EBSCO Industries, Inc. (EBSCO), and that such use has resulted in an acquired distinctiveness of the name Fred C. Young or Fred Young in association with fishing lures such that the purchasing public considers that fishing lures associated with the name Fred C. Young originate from a single source.

The name "Cotton Cordell" is a federally registered trademark, owned by EBSCO and lawfully used by PRADCO on and in connection with the "Big O" lure and other lures manufactured and distributed by PRADCO. The name "Cordell" is a federally registered trademark, owned by EBSCO and lawfully used by PRADCO on and in connection with the "Big O" lure and other lures manufactured and distributed by PRADCO.

The mark "Big O" is a federally registered trademark, owned by EBSCO and lawfully used by PRADCO on lures manufactured and distributed by PRADCO.

Defendants Bob Michaels Outdoor Sports, Inc. (BMOS) and Michael Cordell have used the names "Cotton Cordell," "Fred C. Young", and "Big O" in connection with making, distributing and advertising fishing lures without the consent of Plaintiffs EBSCO and PRADCO. The activities of BMOS and Michael Cordell were undertaken with full knowledge of the registered trademarks of EBSCO and with full knowledge of the use of the registered trademarks and the name Fred Young, or Fred C. Young, by PRADCO in connection with fishing lures.

## I. FEDERAL TRADEMARK INFRINGEMENT

By engaging in the aforesaid acts, Defendants BMOS and Michael R. Cordell have created a likelihood of confusion or mistake or deception within the meaning of 15 U.S.C. §1114 and thus have infringed on the Federally Registered marks "Cordell" and "Cotton Cordell."

## II. DILUTION OF CORDELL AND COTTON CORDELL UNDER FEDERAL LAW

By engaging in the aforesaid acts BMOS and Michael R. Cordell lessen the capacity of Plaintiffs' famous marks to identify and distinguish the goods of Plaintiffs and constitute Dilution of Plaintiffs famous marks "Cordell" and "Cotton Cordell" within the meaning of 15 U.S.C. §1125(c).

## III. DILUTION UNDER ARKANSAS LAW

The aforesaid acts of BMOS and Michael R. Cordell constitute dilution under Ark. Code Ann. § 4-71-213.

IV. **COMMON LAW TRADEMARK INFRINGEMENT**

The aforesaid acts of BMOS and Michael R. Cordell in using the names "Cotton Cordell", "Fred C. Young" and "Big O", separately or in conjunction, in connection with the advertising or distribution of fishing lures, are likely to cause confusion, mistake or deceive the purchasing public as to the source, origin, or affiliation of the goods sold by Defendants with those sold by Plaintiffs all in violation of Plaintiffs' trademark rights under the common law.

V. **UNFAIR COMPETITION UNDER 15 U.S.C. § 1125(a)**

The use of the name Fred C. Young or Fred Young by Defendants' in connection with fishing lures is likely to lead consumers and distributors of PRADCO's lures to believe that Defendants' lures originate or are affiliated with PRADCO.

The aforesaid acts of BMOS and Michael R. Cordell constitute unfair competition under Title 15 of the United States Code, § 1125(a).

VI. **UNFAIR OR DECEPTIVE TRADE PRACTICES**

Defendants' aforesaid acts constitute deceptive trade practices within the meaning of Ark. Code Ann. § 4-88-107(10).

VII. **IMPROPER DOMAIN NAME REGISTRATION UNDER 15 U.S.C. § 1125(D)**

Michael R. Cordell has obtained an Internet domain registration for the website "cottoncordell.net". The registration of the domain name "cottoncordell.net" by Michael R. Cordell was undertaken with full knowledge of Plaintiffs' ownership rights in the mark "Cotton Cordell" and was done in bad faith for the purpose of commercial gain.

The domain name "cottoncordell.com" is identical, confusingly similar to, and dilutive, as provided in 15 U.S.C. § 1125 (d) (1) (A) (ii), of EBSCO's registered trademark of the words "COTTON CORDELL".

The aforesaid acts of Michael R. Cordell constitute a false designation of origin and unfair competition under Title 15, United States Code § 1125(d), also known as the Anticybersquatting Consumer Protection Act.

Accordingly, the Court finds that a permanent injunction should be and hereby is entered in favor of EBSCO and PRADCO. BMOS and Michael R. Cordell are hereby enjoined from further uses of the names "Cordell," "Cotton Cordell," "Big O," or "Fred Young" in manufacturing, advertising or distributing fishing lures or in creating or using internet sites.

The Court further finds that any ownership of any trademark registrations or domain name registrations or applications therefore by Defendants for fishing lures or goods related thereto which contain the names "Cotton Cordell" or "Fred C. Young" are inimical to the rights of Plaintiffs in those names and ownership thereof shall be transferred to Plaintiffs forth with.

Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED this  Nov. 22 , 2005.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 2 2 2005
CHRIS R. JOHNSON, CLERK
DEPUTY CLERK

_____
Robert T. Dawson
United States District Judge

Approved:

_____
G. Christopher Walthall
Counsel for Defendants

_____
Robert J. Veal
Counsel for Plaintiffs